NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-3005

**KAREN T. KING-ELLIS,**
*Petitioner*,

v.

**UNITED STATES POSTAL SERVICE,**
*Respondent*.

Petition for review of the Merit Systems Protection Board in DA0752090005-I-1.

**JUDGMENT**

MATTHEW J. DOWD, Wiley Rein LLP, of Washington, DC, argued for petitioner. On the brief was MORRIS E. FISCHER, Law Office of Morris E. Fischer, of Bethesda, Maryland,

MICHAEL P. GOODMAN, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and TODD M. HUGHES, Deputy Director.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge* , NEWMAN, and PROST, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

August 9, 2010          /s/ Jan Horbaly
Date                        Jan Horbaly
                              Clerk